```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

IMELDA ESTRADA,                  )
                                 )
            Plaintiff,           )
                                 )
     v.                          )    No.  13 C 3361
                                 )
J.C. PENNEY CORPORATION, INC.,   )
                                 )
            Defendant.           )
```

MEMORANDUM ORDER

Although this action was removed to this District Court on May 3, 2013, defense counsel has ignored the explicit directive of this District Court's LR 5.2(f) that requires the delivery of paper copies of all filed documents for the assigned judge's use within one business day after filing.[1] To underscore the importance of that requirement to the case management procedures followed by this Court, the first paragraph in its website repeats the requirement, adding that a delivery to this Court's chambers on the date of filing, if possible, would be appreciated (although such earlier delivery is not essential).

Despite the literal one-business-day requirement of LR 5.2(f), this Court has customarily allowed a few days' grace

---

[1] In an effort to monitor compliance with that requirement (which has regrettably not always been adhered to by lawyers), both this Court's secretary and its courtroom deputy maintain lists of all deliveries by counsel to this Court's chambers. Although that recordkeeping is intended to be error-free, if counsel here were to establish that what is said in this memorandum order is in error, the sanction called for by this memorandum order will of course be rescinded.

time before the issuance of this type of memorandum order.  In this instance that added time has elapsed without compliance by defense counsel, and it is hereby ordered:

    1.  that the missing copies of all filed documents other than the original notice of removal and its exhibits (that exception is occasioned by the fact that defense counsel filed an Amended Notice of Removal and its exhibits (Dkt. 8 and 8-1) on May 10) be delivered to this Court's chambers forthwith and

    2.  that such delivery be accompanied by a check for $100 payable to the "Clerk of the District Court" by reason of the LR 5.2(f) violation, a requirement foreshadowed by the opening provision in this Court's website.

This Court is contemporaneously issuing its customary scheduling order.

_____
Milton I. Shadur
Senior United States District Judge

Date:  May 13, 2013